IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LANCE FUJII , ) | CV 10-00248 SOM-LEK |
| ) | |
| Plaintiff, ) | ORDER ADOPTING |
| ) | MAGISTRATE JUDGE'S |
| vs. ) | AMENDED FINDINGS AND |
| ) | RECOMMENDATION |
| JOSE L. LLAVINA; JOHN DOES 1- ) | |
| 10; JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; DOE ) | |
| ENTITIES , ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED FINDINGS AND RECOMMENDATION

Amended Findings and Recommendations having been filed and served on all parties on August 2, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, .August 23, 2010



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Lance Fujii v. Jose L. Llavina; CV 10-00248 SOM-LEK
ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND
RECOMMENDATION